425 A.2d 832

Commonwealth v. McClain, Appellant.

Submitted June 29, 1979.   Perry DeMarco, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The judgment of sentence of the lower court is hereby affirmed.